THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT, ADC #131042**                        **PLAINTIFF**

**v.**                   **Case No. 5:18-cv-00190-KGB**

**ROY GRIFFIN,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Deverick Scott's Eighth Amendment claims against defendants Correct Care Solutions, LLC, Dr. Steven Stringfellow, Dr. James Dove,[1] Jason Kelley, and Rory Griffin[2] are dismissed with prejudice. Mr. Scott's claims against defendants Wendy Kelly, Dexter Payne, Cashion, Gibson, Floyd McHan, and John Does are dismissed without prejudice. Mr. Scott's state-law claims are also dismissed without prejudice.

It is so adjudged this 21st day of February, 2020.

                                                   Kristine G. Baker
                                                   United States District Judge

---

[1] Dr. James Dove was originally identified by Mr. Scott as "James Drove."
[2] Rory Griffin was originally identified by Mr. Scott as "Roy" Griffin.